IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRESIDENT JUDGE WILLIAM J. FURBER, et al. | : | NO. 16-1869 |

## ORDER

AND NOW, this 20th day of May, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ C. Darnell Jones

C. DARNELL JONES, II, J.